IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| K.S. | : | CIVIL ACTION |
| *INDIVIDUALLY AND ON BEHALF OF M.S.,* | : | |
| *A MINOR* | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| UPPER DARBY SCHOOL DISTRICT | : | NO. 20-4470 |

## <u>ORDER</u>

AND NOW, this 20th day of September, 2021, upon consideration of Plaintiff's motion for attorney fees and costs (Doc. 21), Defendant's response (Doc. 24), and Plaintiff's reply (Doc. 27), IT IS HEREBY ORDERED that the motion is GRANTED IN PART AND DENIED IN PART.

The motion is GRANTED against Defendant as to fees in the amount of $101,902.25, plus $400.00 in costs. As a result, Plaintiff is awarded $102,302.25 from Defendant.

The motion is DENIED in all other respects.


BY THE COURT:

/s/ ELIZABETH T. HEY

_____

ELIZABETH T. HEY, U.S.M.J.